427 A.2d 1193

Commonwealth v. Tattersall, Appellant.

Submitted September 11,

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

1979.  Joseph F. Iracki, for appellant;  Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.